**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 22, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00824-CV

_____

**IN RE CITY OF ROSENBERG, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF PROHIBITION**
**County Court at Law No 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-CCV-055144**

---

## MEMORANDUM OPINION

On September 29, 2015, relator City of Rosenberg filed a petition for a writ of prohibition in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to issue a writ of prohibition directing the Honorable Jeffrey A. McMeans, presiding judge of the County Court at Law No 2 of Fort Bend County, to comply with the automatic stay provided in section 51.0 l 4(b) of the Texas Civil Practice & Remedies Code and to

cease and desist from any and all actions in the underlying condemnation proceeding.

On October 13, 2015, in No. 14-15-00745-CV, *City of Rosenberg v. the State of Texas*, this court issued an opinion dismissing the interlocutory appeal because the City's plea to the jurisdiction did not raise a jurisdictional issue. Because relator's writ of prohibition is predicated on this interlocutory appeal that has been dismissed, we likewise dismiss the writ of prohibition as moot.

PER CURIAM

Panel consists of Justices Christopher, McCally, and Donovan.